PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 27 2004 ★
LONG ISLAND OFFICE

United States District Court for the **Eastern** District of New York

**Name** Terry Smith

**Prisoner Identification No.** 98A3744

**Place of Confinement** Green Haven Correctional Facility
P.O. Box 4000
Stormville, New York 12582

**Name of Petitioner** (include name under which convicted)

Terry Smith

V.

**Name of Respondent** (warden or superintendent of your prison)

WILLIAM PHILLIPS, Superintendent of Green Haven Correctional Facility

CV 04 1725

SEYBERT, J.
LINDSAY, M.

## PETITION

1. Name and location of court which entered the judgment of conviction under attack **County Court 210 Center Drive Po Box 9007 Riverhead NY 11901**

2. Name and address of lawyer who represented you **Legal Aid Society 210 Center Drive Riverhead NY, 11901**

3. Date of judgment of conviction **April 8, 1998**

4. Length of sentence **17½ to life**

5. Nature of offense involved (all counts) **Possession of Stolen Property 3rd**

6. What was your plea? (Check one)
   (a) Not Guilty      [X]
   (b) Guilty          [ ]
   (c) Nolo Contendere [ ]

   If you entered a guilty pleas to one count of indictment, and not a guilty plea to another count of indictment, give details:

7. If you pleaded not guilty, what kind of trial did you have? (check one)
   (a) Jury       [X]
   (b) Judge only [ ]

8. Did you testify at the trial?
   Yes [ ]    No [X]

9. Did you appeal from the judgment of conviction?
   Yes [X]    No [ ]

10. If you did appeal, answer the following:
   (a) Name of Court  Appellate Division Second Dept
   (b) Name and address of lawyer who represented you  Legal Aid Society 210 Center Drive Riverhead N.Y 11901
   (c) Result  Denied
   (d) Date of result and citation, if known  ___
   (e) Grounds raised  Court Abused it's discretion, with drawing Plea, Bermudez Com, Price of Property
   (f) If you sought further review of the decision by appeal to a higher state court, please answer the following:
      (1) Name of court  Court of Appeals
      (2) Name and address of lawyer who represented you  Legal Aide 210 center
      (3) Result  Denied
      (4) Date of result and citation, if known  ___
      (5) Grounds raised  Same

   (g) If you filed a petition for Writ of Certiorari in the United States Supreme Court, please provide the date the petition was filed and the date of result and citation, if known
      (1) Name and address of lawyer who represented you  ___

11. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
   Yes [✓]   No [ ]

12. If your answer to 11 was "yes," give the following information:
   (a) (1) Name of court  Federal Court House Eastern District
       (2) Name and address of lawyer who represented you  Terry Smith
       (3) Nature of proceeding  Habeas Corpus
       (4) Grounds raised  Same

13. STATE EVERY GROUND ON WHICH YOU CLAIM THAT YOU ARE BEING HELD UNLAWFULLY. IF YOU ARE RAISING THE SAME GROUNDS THAT YOU RAISED ON DIRECT APPEAL, YOU SHOULD ATTACH A COPY OF YOUR STATE COURT APPELLATE BRIEF. YOU MUST EXHAUST YOUR STATE COURT REMEDIES ON EACH GROUND YOU ARE CLAIMING YOU ARE BEING HELD UNLAWFULLY.

Ground(s): See Opposition Breif

14.
   TIMELINESS OF PETITION: If your judgment of conviction was made final over one year ago, you must set forth below why the one-year statute of limitations as codified in 28 U.S.C. § 2244(d) does not bar your petition.*

This Court may grant heabeas relief only if the State Courts de-sion" was contrary to, or involved an unreasonable application of clearly established Federal law as determined by the Supreme Court of the U.S." 28 USC. See Williams -v- Taylor 529 US 362 412 (2000) see Gilchrist -v- O-keefe 260 F3d 89, 93 (2d Cir 2001)

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as codified in 28 U.S.C. § 2244(d) provides in part that:
   (1) A 1-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of __
      (A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;
      (B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;
      (C) the date on which the constitutional right asserted was initially recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
      (D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.
   (2) The time during which a properly filed application for State post conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

15. Do you have a petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
    Yes [ ]       No [✗]

16. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes [✓]       No [ ]

    (a) If so, give name and location of court which imposed sentence to be served in the future:: _____
    Washington County

    (b) Give date and length of the above sentence: 1½-3

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on

4/19/04
(date)

_Terry Smith_
Signature of Petitioner

Greenhaven Corr. Fac
Address
Po Box 4000
Stormville, N.Y. 12582

I declare under penalty of perjury that on 4/19/04 , I delivered this petition to prison authorities to be mailed to the United States District Court for the Eastern District of New York.

_Terry Smith_
Signature of Petitioner

SEE COURT FILES FOR

EXHIBIT(S)